LAWRENCE G. BROWN
Acting United States Attorney

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 305-2558
Facsimile:    (202) 307-0054
E-mail:       caroline.a.newman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>WOODROW E. HINKLE and KAY I. HINKLE;<br><br>       Defendants. | Civil No. 2:10-cv-00746-GEB-KJM<br><br>ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT |

IT IS HEREBY ORDERED that judgment is entered in favor of the United States and against Defendants Woodrow E. Hinkle and Kay I. Hinkle for the unpaid assessed balance of federal income tax assessments for the 1997, 1998, 1999, 2000, 2001, 2002, 2003, and 2004 tax years and related interest and penalties in the amount of $5,713,046.71, including accrued interest calculated under 26 U.S.C. §§ 6601, 6621 through June 30, 2009, plus additional statutory interest to accrue from June 30, 2009, under 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

Dated: May 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge